JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE HERRINGTON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRYKER CORPORATION, a Michigan Corporation; STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.  8:13-cv-00405-R-SS<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO STRYKER CORPORATION AND STRYKER SALES CORPORATION** |

**IT IS HEREBY ORDERED** that the above-captioned action by Plaintiff Jayne Herrington is hereby dismissed against defendants Stryker Corporation and Stryker Sales Corporation with prejudice.  Each party will bear its own costs of this action.

DATED:  December 5, 2013

UNITED STATES DISTRICT COURT

By: _____
　　The Honorable Manuel L. Real
　　U.S. District Judge

DOCS/14278717v1                              -1-